DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH COLODNY,**
Appellant,

v.

**DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION,**
Appellee.

No. 4D22-1914

[June 22, 2023]

Appeal from the Department of Business and Professional Regulation, Construction Industry Licensing Board; L.T. Case No. 2021-016354.

Spencer H. Golden, Boca Raton, for appellant.

Ashley Moody, Attorney General, and Marlene K. Stern, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***